5/20/2013
Eo Galvurin
AUSA

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
FILED
MAY 2 0 2013
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAMES WAYNE HAM | ) | Case No. H 13-523 M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/17/13__ in the county of __San Jacinto__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec 1111(b) and 1114 | Murder of Federal Employee - James Wayne Ham murdered an employee of the United States Postal Service while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

Please see attached affidavit of U.S. Postal Inspector Matthew S. Boyden

☑ Continued on the attached sheet.

_____
*Complainant's signature*

U.S. Postal Inspector Matthew S. Boyden
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/20/2013

_____
*Judge's signature*

City and state: Houston, Texas

U.S. Magistrate Judge Nancy K. Johnson
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Affiant, United States Postal Inspector Matthew S. Boyden, has been employed by the U. S. Postal Inspection Service since January 2000. Affiant is currently assigned to the Major Fraud team in Houston, Texas. Prior to that, Affiant served as a lieutenant of police for a municipal police department in Texas. Affiant has served in the U.S. Air Force as a Law Enforcement Specialist and criminal investigator for the Air Force Office of Special Investigations. Affiant has received specialized training in numerous Postal crimes, including the investigation of USPS robberies and assaults. Affiant has conducted and participated in numerous investigations of USPS robberies and assaults since 2000. Affiant is authorized to obtain and execute Federal Arrest and Search Warrants. This Affidavit is made in support of a criminal complaint filed against **JAMES WAYNE HAM**.

2. The information set forth in this Affidavit is based upon your Affiant's personal knowledge and/or information provided to Affiant by other law enforcement agents and officers, witnesses, bank investigators, and cooperating individuals Affiant believes to be reliable and credible.

3. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **JAMES WAYNE HAM** has committed violations of federal law.

4. Affiant has probable cause to believe that on May 17th, 2013, James Wayne Ham murdered United States Postal Service employee Eddie Youngblood while Youngblood was delivering mail on her route in Coldspring, San Jacinto County, Texas.

5. On May 17, 2013 at approximately 11:44 AM, the San Jacinto County Sheriff's Office received a 911 call from Mark Youngblood, the son of USPS employee and victim Eddie Youngblood. The son stated he was speaking with his mother via cellular telephone while she was delivering her route when he heard two loud noises that sounded like a "pow, pow" or "bang, bang". After asking his mother what had happened, she told him she thought she had been shot. The son began shouting into the telephone trying to communicate with his mother when he heard an unintelligible male's voice over the telephone. The son then heard

1

his mother say "Please don't kill me, please don't kill me". The call was disconnected by the son and he was unable to re-establish contact with his mother. At this point the son called 911.

6. Numerous law enforcement personnel responded to the area of the Holiday Shores # 4 Subdivision in San Jacinto County which was the area of the victim's mail route where she should have been delivering mail at the time of the 911 call. Responding officers located what appeared to be a Jeep Cherokee 4-door SUV engulfed in flames at the Holiday Shores #4 Community Water Supply pumping station on Morris Creek Road. Fire and rescue personnel were summoned to the scene and extinguished the fire. An initial examination of the vehicle revealed human remains in the passenger seat of the vehicle. The vehicle was also a right hand steer vehicle commonly used to facilitate USPS delivery operations on rural routes. The vehicle was heavily damaged by fire. Due to the severity of the fire, the victim was not identifiable at that time. During the initial evaluation of the crime scene, investigators were able to identify several apparent bullet holes in the vehicle. The San Jacinto County Fire Marshall responded to the scene and his initial investigation disclosed what he described as high concentrations of hydrocarbons in the passenger side front and rear floor.

7. Texas Ranger Grover Huff contacted Coldspring Postmaster Carolyn McCurry who was identified as the victim's supervisor. McCurry advised that on 04/29/13, she received a complaint from James Ham regarding his delivery service. James Ham, who resides at 281 Dejardo Road in the Holiday Shores #4 subdivision, thought the carrier was tampering with his mail. This address was within walking distance of the burned out vehicle. McCurry stated she was familiar with Ham because he was the estranged husband of another rural postal carrier named Angela Ham. McCurry stated she was aware Angela and James Ham had separated and were in the process of getting a divorce. McCurry stated she was aware that James Ham had been physically abusive to Angela Ham during their marriage. McCurry stated James Ham was also familiar with Eddie Youngblood through Youngblood's association with Angela Ham. The nature of the complaint was that Ham believed Eddie Youngblood was withholding his mail and routing it to Angela Ham. McCurry *stated Ham* told her "if she did not correct the problem he would go over her head." McCurry stated she

spoke with Eddie Youngblood about the complaint and did not believe the allegation was true.

8. Local law enforcement officers were very familiar with James Wayne Ham because of several prior encounters with him and felony warrants for his arrest.

9. The Texas Department of Criminal Justice (TDCJ) was contacted and asked to assist with the search of the wooded areas surrounding the water supply location. TDCJ personnel utilized tracking dogs specifically trained to follow or track human scent to search the area. The tracking dogs were able to track a scent from the area near the burned vehicle toward Dejardo Lane. The dogs lost the track in a creek less than 400 yards from James Ham's residence at 281 Dejardo Lane.

10. Postal Inspectors determined that mail delivery had been completed on Dejardo Lane, including Ham's residence. Investigators expanded their search outward from the burned out vehicle (to include Dejardo Lane) in an attempt to locate additional evidence like broken automotive glass or shell casings. Officers were able to locate two areas of broken glass on Dejardo Lane. The broken glass was consistent with automotive glass. The location of the safety glass was in close proximity to the murder scene.

11. During the course of the investigation, Investigators interviewed a neighbor near the scene. The neighbor stated that on 05/17/13, at approx. 11:30 AM, she observed her postal carrier driving a green Jeep past her residence. She stated between 15 and 20 minutes later she heard three guns shots followed by a pause then two more gunshots. She indicated the sound of the shots were northwest of her residence towards Dejardo Lane.

12. On 05/19/13, James Ham was located hiding in a vacant residence located in the area of Morris Creek Rd. & Harrell Rd. in the Holiday Shores Subdivision. This is a very short distance from Ham's residence and the crime scenes. Ham was apprehended without incident and transported to the San Jacinto Sheriff's Office.

13. On the same date, Affiant and Texas Ranger Wesley Doolittle interviewed Ham. Prior to questioning, Ham was advised of his Miranda warnings both orally and in writing. Ham acknowledged and waived his rights and agreed to speak with investigators. During the interview Ham admitted he was having problems with his mail delivery and blamed the

3

USPS employee Youngblood. He stated he decided to kill her and then wanted to kill his estranged wife. On 05/17/13, he loaded his .30-30 rifle, grabbed a bottle of lighter fluid and extra rifle shells, and hid in the tree line on Dejardo Lane. After the victim delivered his mail and began leaving on Dejardo Lane, he shot her approximately four (4) times. He then got in her vehicle and drove it the short distance to the water supply location and doused the vehicle with lighter fluid and set in on fire. He then returned to his residence. He later hid the rifle and burned his boots. After the interview he took Affiant and others to the location where he hid the rifle (which was recovered) as well as the location where he shot the carrier. Shell casings were recovered from that scene. He provided a written statement admitting his actions. He was transported to Houston for processing.

14. Based upon the above, the undersigned believes there is probable cause to believe that **JAMES WAYNE HAM** has committed crimes in violation of Title 18, United States Code, Sections 1114 & 1111(b).

Matthew S. Boyden
United States Postal Inspector

Sworn and Subscribed to me this 20th May, 2013, and I find probable cause.

Nancy K. Johnson
United States Magistrate Judge

4