JUDGE:          Lynn N. Hughes
CASE MANAGER:   Glenda Hassan
REPORTER _____   INTERPRETER _____
☒ LAW CLERK  Coleman     ☐ INTERN _____
TIME: 4:50 TO 4:55 pm. / _____ TO _____ .m.    DATE: February 18, 2014

CR. NO. H- 13-363

UNITED STATES OF AMERICA             §   Joseph C. Maglio, Jr.  AUSA
            vs.                      §
                                     §
Deft. No.   Deft. Name               §
    1       James W. Ham             §   No appearance              ☐ CJA
                                     §                              ☐ CJA
                                     §                              ☐ CJA
                                     §                              ☐ CJA
                                     §                              ☐ CJA
                                     §                              ☐ CJA

add'l defts. on second page

## Hearing

☒ Hearing held on:
  ☐ all pending motions
  ☒ these topics: __Status of the case__

☐ **Evidence presented** (exhibits admitted or testimony given) on: _____

☐ *Order to be entered.*
☐ All motions not expressly decided are denied without prejudice to being reurged.
☐ Change of plea hearing held; deft withdraws plea of guilty.
☐ Jury trial set _____, at _____ m.
☐ Deft _____ bond set/reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft _____ bond ☐ continued ☐ forfeited.
☐ Deft _____ failed to appear, bench warrant to issue.
☐ Deft _____ remanded to custody.
☒ Other Rulings: __By March 31, 2014, the parties must report on the status of the case.__