| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| The United States of America, | § § § | |
| Plaintiff, | § § | |
| Versus | § § | CRIMINAL NO. 4:13-cr-00363 |
| James W. Ham, | § § § | |
| Defendant. | § | |

## CASE STATUS REPORT

TO: **THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS**

After conferring with the Assistant United States Attorney, the following joint status report is submitted for the Court's consideration:

> Defense counsel has recently submitted a preliminary mitigation investigation report to the United States Attorney. This information is currently under review in the executive offices of the United States Attorney here in Houston. After that review is concluded the local office will make a recommendation to the Attorney General as to whether the government should seek death. The Attorney General will make the ultimate decision after his office reviews the recommendation of the executive office here. We are not aware of any particular time schedule for these decisions but all the parties are aware of the schedule set by this court.

Respectfully Submitted,

/S/ Katherine Scardino__ _____
KATHERINE SCARDINO
State Bar No. 17718625
3731 Kirby Dr., Suite 1120
Houston, Texas 77098
713-520-5223
281-520-5455 Fax

/S/ Robert A. Morrow_____
ROBERT A MORROW
State Bar No. 14542600
24 Waterway Ave., Suite 660
The Woodlands, TX  77380
281-379-6901
832-813-0321 Fax