## Re: 4:13cr363 USA v. James Ham - Joint Case Status Update

Glenda Hassan to: Robert Morrow   04/03/2014 09:02 AM
Cc: "Magliolo, Joe (USATXS)", Katherine Scardino, "Elmilady, Suzanne (USATXS)"
Bcc: David Coleman

| | |
|---|---|
| From: | Glenda Hassan/TXSD/05/USCOURTS |
| To: | Robert Morrow <ramorrow15@gmail.com> |
| Cc: | "Magliolo, Joe (USATXS)" <joe.magliolo@usdoj.gov>, Katherine Scardino <katherine@kscardino.net>, "Elmilady, Suzanne (USATXS)" <Suzanne.Elmilady@usdoj.gov> |
| Bcc: | David Coleman/TXSD/05/USCOURTS |

Mr. Morrow,

Unless Judge Hughes specifies differently, all status reports must be filed on the case. The report should include a case caption, just like formal pleadings.

Thank you,

Glenda Hassan
Case Manager to
Judge Lynn N. Hughes
United States District Court
Southern District of Texas
Glenda_Hassan@txs.uscourts.gov
713-250-5516 work.
281-415-5923 mobile.

Please file and enter.

L • N • H

USDJ

---

Robert Morrow   Dear Ms. Hassan:  It is our understanding that...   04/02/2014 10:05:03 AM

| | |
|---|---|
| From: | Robert Morrow <ramorrow15@gmail.com> |
| To: | Glenda_Hassan@txs.uscourts.gov, "Magliolo, Joe (USATXS)" <joe.magliolo@usdoj.gov>, "Elmilady, Suzanne (USATXS)" <Suzanne.Elmilady@usdoj.gov>, Robert Morrow <ramorrow15@gmail.com>, Katherine Scardino <katherine@kscardino.net> |
| Date: | 04/02/2014 10:05 AM |
| Subject: | 4:13cr363 USA v. James Ham - Joint Case Status Update |

Dear Ms. Hassan:

It is our understanding that we are to update the Court on the status of Mr. Ham's case. The following joint status update is submitted for the Court's consideration.

Defense counsel has recently submitted a preliminary mitigation investigation to the United States Attorney. This information is currently under review in the executive offices of the United States Attorney here in Houston. After that review is concluded the local office will make a recommendation to the Attorney General as to whether the government should seek death. The Attorney General will make the ultimate decision after his office reviews the recommendation of the executive office here. We are not aware of any particular time schedule for these decisions but all the parties are aware of the schedule set my this court.

If we can provide any further information, please let us know.

Robert Morrow

--

Robert Morrow
Lawyer
24 Waterway Ave., Suite 660
The Woodlands, Texas 77380
281 379 6901