# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIM. NO. H-13-363 |
| | § | |
| JAMES WAYNE HAM | § | |

## UNITED STATES UNOPPOSED MOTION TO CONTINUE THE STATUS CONFERENCE

**TO THE HONORABLE JUDGE LYNN N. HUGHES:**

Now comes the United States Attorney, Kenneth Magidson, and Assistant United States Attorney, Joe Magliolo, in the above-entitled and numbered criminal action, files this following Motion to Continue the Status Conference and would show the following:

1. Trial in this case is scheduled for April 28, 2015.

2. A Status Conference is schedule for September 8, 2014.

3. The United States respectfully requests the Court to continue the status conference for three weeks in order to provide a complete and final update for the Court.

4. The attorney for the defense, Katherine Scardino, is unopposed to the continuance of the status conference.

**WHEREFORE, PREMISES CONSIDERED,** the United States respectfully requests this Honorable Court to enter an order continuing the status conference for three weeks in the above mentioned matter.

Respectfully submitted,

KENNETH MAGIDSON

UNITED STATES ATTORNEY

/s/ Joe Magliolo
Joe Magliolo
Assistant U.S. Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002

# **CERTIFICATE OF SERVICE**

This is to certify that on August 6, 2014 a true and correct copy of the above and foregoing document was served to defense counsel, Katherine Scardino, via electronic transmission and ECF.

<u>/s/ Joe Magliolo</u>
Joe Magliolo
Assistant U.S. Attorney

## CERTIFICATE OF CONFERENCE

The foregoing Motion was discussed with defense counsel, Katherine Scardino, and she is unopposed to this continuance.


                                              /s/ Joe Magliolo  
                                              Joe Magliolo  
                                              Assistant U.S. Attorney