UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. H-13-363S** |
| | § | |
| **JAMES WAYNE HAM** | § | |

## UNITED STATES' PROPOSED SCHEDULING ORDER

On this day, having considered the United States' Motion for a Scheduling Order, any response, and arguments of counsel, the Motion is **HEREBY GRANTED**.

Accordingly, **IT IS ORDERED** that the below Scheduling Order be entered in this case:

| Event | Party | Deadline |
|---|---|---|
| *Atkins* and Rule 12.2 Notices Due; Expert Witness and 404B Notice Due | Government and Defendant | October 12, 2018 |
| All Motions Due | Government and Defendant | October 19, 2018 |
| Any Oppositions to Motions Due | Government and Defendant | November 16, 2018 |
| All Replies Regarding Motions Due | Government and Defendant | December 7, 2018 |
| Proposed Jury Charge and Voir Dire Due; Proposed Jury Questionnaire Due | Government and Defendant | December 14, 2018 |

| | | |
|---|---|---|
| Completion of Government Testing of Defendant in Response to *Atkins* / Rule 12.2 Notices (*if needed*) | Government | December 21, 2018 |
| Exhibit Index and Witness List Due (both trial and sentencing phases) | Government and Defendant | January 25, 2019 |
| Pre-Trial Conference & Any Motions Hearings, including *Atkins* Hearing (*if needed*) | Court | February 4, 2019 |
| Jury Selection, Trial and Sentencing Phase | Court | February 18, 2019 |

Dated this __ day of _____, 2018.

_____
HON. LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS