UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-13-CR-363 |
| | § | |
| JAMES WAYNE HAM | § | |

### UNITED STATES' REPONSE TO COURT ORDERED DISCOVERY DEATH PENALTY STATISTICS

The United States of America through Ryan K. Patrick, United States Attorney, and Sharad S. Khandelwal and Jill Stotts, Assistant United States Attorneys, and James Peterson, Trial Attorney, hereby files this response, in part, to the Court's Discovery Order dated March 1, 2019 (ECF No. 120), and responds as follows:

(a) How many death sentences have been imposed in the last twenty years?

> 61 federal death sentences have been imposed in the last twenty years. *See* Exhibit A.  For a statistical analysis of all federal and state death sentences imposed see Exhibit B.

(b) How many death warrants have been executed in the last twenty years?

> 3 federal death warrants have been executed in the last twenty years. *See* Exhibit A.  Juan Raul Garza was executed in 2001, Timothy McVeigh was executed in 2001, and Louis Jones was executed in 2003. For a statistical analysis of all federal and state death warrants executed see Exhibit B.

(c) How many people are currently under a death sentence and how long has each been waiting?

    65 federal inmates are currently under a death sentence. *See* Exhibit A. For a statistical analysis of all state and federal inmates under a sentence of death see Exhibit B.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

    SHARAD S. KHANDELWAL
    JILL STOTTS
    Assistant United States Attorneys
    U.S. Attorney's Office, S.D. Texas
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Tel: (713) 567-9000

    */s/ James Peterson*
    JAMES PETERSON
    Trial Attorney
    Capital Case Section
    Criminal Division
    United States Department of Justice
    Tel: (202) 353-0796

## **CERTIFICATE OF SERVICE**

     This is to certify that on the 8th day of March 2019, a copy of the foregoing was served on counsel for the Defendant by ECF.

                                    */s/ James Peterson*
                                    JAMES PETERSON
                                    Trial Attorney