| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2019
David J. Bradley, Clerk

United States of America, §
§
  Plaintiff, §
§
versus § Criminal H-13-363
§
James Wayne Ham, §
§
  Defendant. §

# Discovery Order

1. By July 3, 2019, the United States of America – including the postal service – its agents, and contractors must produce everything they have that relates to the examination of Eddie Youngblood or the circumstances of her death. This information will include: (a) the full set of radiographs from the postmortem exam exported as DICOM files and (b) the recut glass slides from Harris County Institute of Forensic Sciences, including a complete set of H&E-stained recuts from the autopsy. This is not a request from the defense – it is an order from the court.

2. The government must use Federal Express to send these items to Andrew Baker, M.D., 8897 Aztec Drive, Eden Prairie, Minnesota, 55347.

3. Doctor Baker may return the slides to the Institute by Federal Express or the United Parcel Service, with a tracking number.

Signed on June 20, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge