| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States of America, §
§
Plaintiff, §
§
versus §   Criminal H-13-363
§
James Wayne Ham, §
§
Defendant. §

United States District Court
Southern District of Texas
**ENTERED**
June 24, 2019
David J. Bradley, Clerk

# Discovery Order

1. By July 17, 2019, the United States of America must file a narrative of all of James Peterson's contributions to this case, including everything about his delivery of documents to Butner, his interviews there, and all requests for investigation from Peterson related to the case against James Wayne Ham. The government may redact what it needs to.

2. By July 19, 2019, the government must retrieve all of Steven Mellin's notes, include them in the case file, and file a general description of them. If it finds anything indicating misconduct, it must send that information to the defense.

3. By July 12, 2019, the government must file a statement about whether there are complaints by the Capital Case Section attorney in this case.

4. By July 19, 2019, the government must furnish items 18-20 of Ham's motion for discovery, Docket Number 129, for *in camera* review.

5. By July 22, 2019, the government must give Ham all documents relating to the government's withholding and destruction of *Brady* information or discovery failures in this case.

Signed on June 24, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge