**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | |
| | § | **CRIMINAL NO. H-13-363** |
| **JAMES WAYNE HAM,** | § | |
| **Defendant** | § | |
| | § | |

### GOVERNMENTS RESPONSE TO ITEM 3 ON THE COURT'S DISCOVERY ORDER DATED JUNE 24, 2019

TO THE HONORABLE JUDGE HUGHES:

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney and Jill J. Stotts, Assistant United States Attorney for the Southern District of Texas, and files its Response to Item 3 on the Court's Discovery Order Dated June 24, 2019.  The Government would respectfully state the following:

I.

The Government contacted Richard Burns, Acting Chief of the Capital Case Section, regarding whether there were any complaints against Capital Case Section Attorney, James Peterson. According to Richard Burns, other than the complaints made by Amanda Haines, about which this Court is aware, there have been no complaints against James Peterson during his tenure with the Department of Justice.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY
By:

 /s/  Jill J. Stotts
Jill J. Stotts
Assistant United States Attorney
Texas Bar No. 24036841
1000 Louisiana, #2300
Houston, Texas 77002
(713) 567-9000

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Government's Response to Item 3 on the Court's Discovery Order Dated June 24, 2019 was served to Defendant's counsel of record by electronic filing and e-mail, on this 11th day of July, 2019.

_/s/   Jill J. Stotts_
Jill J. Stotts
Assistant United States Attorney