UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. H-13-363 |
| JAMES WAYNE HAM, § | |
| Defendant § | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH ITEM 4 OF THE COURT'S DISOVCERY ORDER
DATED JUNE 24, 2019**

TO THE HONORABLE JUDGE HUGHES:

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney and Jill J. Stotts, Assistant United States Attorney for the Southern District of Texas, and files its Motion for Extension of Time to Comply with Discovery Order Item Number 4. The Government would respectfully show the following:

I.

On June 24, this Honorable Court signed an order requesting the Government to produce items 18-20 of Ham's motion for discovery, Docket Number 129, for *in* camera review.

II.

The Government is requesting an additional 7 days to comply with this order. The Government has conferred with Defendant's counsel of record and she is not opposed to this request for a continuance.

This motion is not made for reasons of delay and only so that justice may be done.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY
By:

_/s/  Jill J. Stotts_
Jill J. Stotts
Assistant United States Attorney
Texas Bar No. 24036841
1000 Louisiana, #2300
Houston, Texas 77002
(713) 567-9000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Unopposed Motion for Extension of Time to Comply with Discovery Order Dated June 24, 2019 was served to Defendants' counsel of record by electronic filing on this 17th day of July, 2019.

>　　_/s/  Jill J. Stotts_
>　　Jill J. Stotts
>　　Assistant United States Attorney