| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 13, 2020
David J. Bradley, Clerk

United States of America, §
§
      Plaintiff, §
§
versus §    Criminal H-13-363
§
James Wayne Ham, §
§
      Defendant. §

## Extension Order

By March 30, 2020, the United States of America must respond. (172)

Signed on March _13_, 2020, at Houston, Texas.

                                        Lynn N. Hughes
                                United States District Judge