

**U.S. Department of Justice**

Criminal Division

---

*Washington, D.C. 20530*

March 13, 2020

United States Courts<br>
Southern District of Texas<br>
F I L E D<br>
<br>
MAR 1 9 2020<br>
<br>
David J. Bradley, Clerk of Court

Via First Class Mail
Clerk of Court
United States District Court
Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

    RE: Attorney Update – James D. Peterson
       <u>United States v. James Wayne Ham</u> – SDTX No. 4:13-cr-00363-1

Dear Sir/Madam:

  Please remove my name from the docket and ECF system for the Southern District of Texas in the above-referenced case. Due to Department of Justice staffing issues, I have been reassigned from the *Ham* prosecution to other cases, so I am no longer associated with this case.

  In speaking with Terry in the Clerks Office today, she said that I needed to submit a letter in person or by first class mail notifying the Clerk's Office of the Attorney Update. I submitted an Attorney Registration Form for District Electronic Filing as a government attorney on March 2, 2016 and subsequently entered my appearance in the case. There remain at least two government attorneys assigned to the case from the United States Attorneys Office for the Southern District of Texas. Accordingly, please remove my name from the docket and ECF system for the Southern District of Texas to reflect that I am no longer associated with the case.

  Please call with any questions. Please let me know if there is anything else I need to do to update my attorney status. I can be reached at (202) 353-0796 and by e-mail at james.d.peterson@usdoj.gov. Thank you for your help in this matter.

              Sincerely,

              James D. Peterson

U.S. Department of Justice
Jim Peterson
Capital Case Section
*Washington, D.C. 20530*

Official Business

Clerk of Court
United States District Court
Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

MAR 19 2020

David J. Bradley, Clerk of Court