# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. H-13-363 |
| JAMES WAYNE HAM | § § § | |

## MOTION TO REMOVE COUNSEL

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Texas, files this notice to request that the Court remove Assistant United States Attorney Sharad Khandelwal's name from the court's notification system for the above referenced case as he is not working on this case. All notices and communications (including those transmitted by the ECF system) should continue to be directed to the other attorneys listed on ECF.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

By: */s/ Sharad Khandelwal*
    Sharad Khandelwal
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    (713)-567-9000 Phone
    (713) 718-3300 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded to the defendant's counsel of record on this 29th day of May, 2020.

/s/ Sharad Khandelwal
Assistant United States Attorney