# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. H-13-363 |
| JAMES WAYNE HAM | § § § | |

## GOVERNMENT'S MOTION TO WITHDRAW AMENDED NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, by and through its attorneys, moves this Court for an order withdrawing the Amended Notice of Intent to Seek the Death Penalty previously filed (Doc. 102) and hereby notifies the Court and the parties that it has elected not to seek the punishment of death against the defendant James Wayne Ham for the capital crimes charged in the Superseding Indictment (Doc. 69). Attached is the letter of the United States Attorney General, rendering the decision. This motion is unopposed. A proposed order is attached.

          Respectfully submitted,

          Jennifer Lowery
          Acting United States Attorney

By    */s/ Barry Disney*
       Barry K. Disney
       Trial Attorney, Capital Case Section
       United States Department of Justice

       Jill Jenkin Stotts
       Erin Epley
       Assistant United States Attorneys

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on December 2, 2021, to the Electronic Filing System (CM/ECF) of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

/s/ Barry Disney
Barry Disney
Trial Attorney, Capital Case Section



# Office of the Attorney General
## Washington, D. C. 20530

November 30, 2021

Ms. Jennifer B. Lowery
Acting United States Attorney
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

Dear Ms. Lowery:

    You are authorized and directed to withdraw the notice of intent to seek the death penalty against James Wayne Ham.

Sincerely,

Merrick B. Garland
Attorney General

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. H-13-363 |
| | ) | |
| JAMES WAYNE HAM | ) | |

## ORDER GRANTING GOVERNMENT'S MOTION TO WITHDRAW NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The Court grants the Government's Motion to Withdraw the Notice of Intent to Seek the Death Penalty and orders the Amended Notice of Intent to Seek the Death Penalty (Doc. 102) be withdrawn.

_____
Hon. Lynn N. Hughes
United States District Judge