

# Office of the Attorney General
## Washington, D. C. 20530

November 30, 2021

Ms. Jennifer B. Lowery
Acting United States Attorney
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

Dear Ms. Lowery:

    You are authorized and directed to withdraw the notice of intent to seek the death penalty against James Wayne Ham.

Sincerely,

Merrick B. Garland
Attorney General