UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2021
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA )
)
)
v.                       )     CRIMINAL NO. H-13-363
)
)
JAMES WAYNE HAM          )

### ORDER GRANTING GOVERNMENT'S MOTION TO WITHDRAW NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The Court grants the Government's Motion to Withdraw the Notice of Intent to Seek the Death Penalty and orders the Amended Notice of Intent to Seek the Death Penalty (Doc. 102) be withdrawn.

12-02-2021

Hon. Lynn N. Hughes
United States District Judge