UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. H-13-363 |
| | § | |
| vs. | § | JUDGE LYNN N. HUGHES |
| | § | |
| JAMES WAYNE HAM | § | |

## SENTENCE DATA SHEET

**CRIMINAL NO.:** H-13-363

**DEFENDANT:** JAMES WAYNE HAM

**IMMIGRATION STATUS:** U.S. Citizen

**GUILTY PLEA:** Count One

Count One: First Degree Murder (18 U.S.C. § 1114 and 1111(a).

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) the Defendant agrees to plead guilty to Count One of the Superseding Indictment. The sentence will be a mandatory term of life. The United States will move to dismiss any remaining counts at the sentencing and not to pursue involvement in those events. The defendant waives his right to appeal. The defendant also waives his right to collaterally attack his conviction.

**FIRST DEGREE MURDER ELEMENTS:**

**COUNT ONE:** First Degree Murder (18 U.S.C. §§ 1114 and 1111(a)

**ELEMENTS:**

1

1. The defendant caused the death of United States Postal Employee Eddie Youngblood; and
2. The defendant intentionally killed United States Postal Employee Eddie Youngblood with malice aforethought; and
3. The killing was premeditated; and
4. The killing occurred while United States Postal Employee Eddie Youngblood was engaged in and on account of the performance of her official duty; and
5. The killing took place within the jurisdiction of the United States.

**PENALTY:** The statutory penalty for the violation of 18 U.S.C. §§ 1114 and 1111(a) in Count One, following withdrawal of the notice of intent to seek the death penalty by the government, is a mandatory term of imprisonment for life. *See* 18 U.S.C. § 1111(b). Additionally, the Defendant may be fined up to a maximum of $250,000. *See* 18 U.S.C. § 3571

| | |
|---|---|
| **RESTITUTION:** | Applicable |
| **ALTERNATIVE FINE:** | Not applicable |
| **SENTENCING GUIDELINES:** | Not applicable |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction |
| **ATTACHMENT:** | Plea Agreement |