United States District Court
Southern District of Texas
**ENTERED**
November 22, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:13-CR-00363 |
| § | |
| JAMES WAYNE HAM § | |

## ORDER

The United States of America ("United States") moved to designate George Youngblood, husband of decedent victim Eddie Marie Youngblood, as the beneficiary of her estate's restitution ordered in this matter. The Court **GRANTS** the United States' motion. The United States District Clerk for the Southern District of Texas will designate the victim payee from the estate of Eddie Marie Youngblood to George Youngblood for any future restitution payments, and reissue any returned restitution check(s) for the victim.

Signed in Houston, Texas on November 22, 2022.

LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE