Sun 2/18/2024

James Wayne Ham #42214379

RE: United States v. James Wayne Ham, Court Number 4:13-CR 363-01

To: United States District Clerk

Dear District Clerk,

I'm in the process of some post conviction work on my case. I was sentenced by Judge Lynn N. Hughes in 2021 and understand he is now retired. Can you please let me know what judge would be over my case? Thank You and God Bless

Sincerely
[signature]

James Wayne Ham 42214379
U.S.P. - Pollock
P.O. Box 2099
Pollock, LA 71467

*United States Courts*
*Southern District of Texas*
*FILED*
*FEB 26 2024*
*Nathan Ochsner, Clerk of Court*

James Man 42214379
USP Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
21 FEB 2024 PM 3 L

United States Courts
Southern District of Texas
FILED

FEB 26 2024

Nathan Ochsner, Clerk of Court

United States District Clerk
P.O. Box 61010
Houston, TX 77208

77208-101010